UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-2446
_____

In re:  REZA FARZAN, Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Civil Action No. 3-20-cv-07135)
District Judge:  Honorable Freda L. Wolfson
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 13, 2022

Before: MCKEE, SHWARTZ and MATEY, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District
Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR
34.1(a) on April 13, 2022.  On consideration whereof, it is now hereby
**ORDERED** and **ADJUDGED** by this Court that the judgment of the District
Court entered July 27, 2021, be and the same is hereby **AFFIRMED**.  Costs taxed
against the Appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 27, 2022